# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2018

## NO. 03-16-00804-CR

**Robert Wayne Longoria, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND BOURLAND
AFFIRMED IN PART; MODIFIED AND, AS MODIFIED, AFFIRMED IN PART --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error requiring reversal in the court's judgment of conviction for felony DWI in Count I. Therefore, the Court affirms the trial court's judgment of conviction for felony DWI in Count I. However, there was error that requires correction in the judgment of conviction for retaliation in Count II. Therefore, the Court modifies the trial court's judgment of conviction for retaliation in Count II as follows: to reflect that the punishment assessed for the retaliation offense is "TEN (10) YEARS" confinement and to reflect that the "Statute for Offense" is "36.06(a) / 12.42(a) Penal Code." As modified, the judgment of conviction for retaliation in Count II, is affirmed. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.